**LAW OFFICES OF**
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2022
```

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

December 2, 2022

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  United States v. Ariel Acosta (Luis Rivera), et al.
           19 Cr. 627 (VM)

Dear Judge Marrero:

      The Court has scheduled a control date of December 14, 2022 for the sentencing of Luis Rivera in this matter. With the consent of the government, I respectfully request that the sentencing be rescheduled to a date convenient to the Court on or after February 28, 2023. The basis for the request is that we are still awaiting receipt of the Probation Department's initial Presentence Report. Based on my discussions with United States Probation Officer Alyssa Rios, I believe that the requested adjournment, if granted, will afford the Probation Department the time needed to complete production of both the initial and final presentence reports, and the parties the time needed to review and comment on the reports, make their sentencing submissions to the Court, and otherwise be prepared for sentencing. I have conferred with Assistant United States Attorney Alexandra Rothman and, as noted, on behalf of the government she consents to this request.

                                        Respectfully submitted,

                                        *Gary G. Becker*
                                        Gary G. Becker

cc:  Alexandra Rothman, AUSA
     Alyssa Rios, USPO



**Request GRANTED.**

The Court hereby adjourns the sentencing of Luis Rivera from December 14, 2022 to March 10, 2023 at 1:00 PM.

**SO ORDERED.**

12/5/2022
DATE

*Victor Marrero, U.S.D.J.*