USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

LUIS RIVERA,

               Defendant.

---

**19 CR 0627 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

In light of the adjournment of the sentencing of defendant Luis Rivera until Friday, July 28, 2023, and at the request of the Probation Office, the Court hereby sets July 14, 2023 as the new date by which the final presentence investigation report must be completed.

**SO ORDERED.**

Dated:    18 May 2023
           New York, New York

                                                Victor Marrero
                                                U.S.D.J.