USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2023

LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

July 11, 2023

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  United States v. Ariel Acosta (Luis Rivera), et al.
> 19 Cr. 627 (VM)

Dear Judge Marrero:

The Court has scheduled the date of July 28, 2023, at 10 a.m., for the sentencing of Luis Rivera in this matter. With the consent of the government, I respectfully request that the sentencing be rescheduled to a date convenient to the Court on or after August 25, 2023. The parties are continuing to exchange information bearing on the offense conduct section of the initial Presentence Report, and I am attempting to collect various records and other documents pertinent to sentencing. The requested adjournment is also in consideration of a conflict in scheduling that has arisen involving travel plans with my family. Alyssa Lopez, the United States Probation Officer assigned to this matter, has asked me to request that she be authorized to release the final presentence report twenty-one days before the rescheduled sentencing date. I have conferred with Assistant United States Attorney Alexandra Rothman and, as noted, on behalf of the government she consents to this request.

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

cc:  Alexandra Rothman, AUSA
     Alyssa Lopez, USPO

---

Request GRANTED. The Court hereby reschedules the sentencing of Luis Rivera from Friday July 28, 2023, at 10:00 AM to Friday, September 1, 2023, at 1:00 PM. The Court also hereby sets the final presentence report release date to Friday, August 11, 2023.
SO ORDERED.
Dated: 12 July 2023

*Victor Marrero*
U.S.D.J.