USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

        - against -

LUIS RIVERA,

        Defendant.

**19-CR-0627-3 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the sentencing of defendant Luis Rivera from Friday, September 1, 2023 at 1:00 PM until Friday, October 13, 2023 at 1:00 PM.

**SO ORDERED.**

Dated:    23 August 2023
              New York, New York

                                      Victor Marrero
                                      U.S.D.J.